# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2021

Bridget M. McCormack,
Chief Justice

162932(89)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

BRIAN WEBB,
     Plaintiff-Appellant,

and

VHS OF MICHIGAN, INC., doing business as
DETROIT MEDICAL CENTER,
     Intervening Plaintiff-Appellee,

v

        SC: 162932
        COA: 351048
        Wayne CC: 18-012887-NF

PROGRESSIVE MARATHON INSURANCE
COMPANY, and MICHIGAN AUTOMOBILE INSURANCE
PLACEMENT FACILITY, also known as
MICHIGAN ASSIGNED CLAIMS PLAN,
     Defendants-Appellees,

and

UNNAMED SERVICING INSURER,
     Defendant.
_____/

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply submitted on June 30, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2021         

                                    Clerk